# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:16-mj-565-njk |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | STIPULATION TO CONTINUE BENCH TRIAL |
| GERMAN LOPEZ, | ) ) | (First Request) |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nadia Ahmed, Special Assistant United States Attorney, counsel for the United States of America, and Kirk Ryan Helmick, counsel for defendant GERMAN LOPEZ, that the bench trial in the above-captioned matter, currently scheduled for October 26, 2016, at the hour of 9:00 a.m., be vacated and continued for thirty days or to a date and time convenient to the Court.

This stipulation is entered into for the following reasons:

1. Defense counsel has a trial in Henderson Municipal Court for the same date and time period that has already been continued once.

2. Defendant is out of custody.

3. Denial of this request for continuance could result in a miscarriage of justice.

1

1      4.      This is the first request for a continuance on this matter.

3      DATED this 21 day of October, 2016.

5      Respectfully submitted,

6      KIRK RYAN HELMICK
Counsel for Defendant

7

/s/ Kirk Ryan Helmick      /s/ Nadia Ahmed

9    Kirk Ryan Helmick      NADIA AHMED
Counsel for defendant      Special Assistant United States Attorney
10  **GERMAN LOPEZ**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 2:16-mj-565-njk |
| Plaintiff, ) | |
| ) | ORDER CONTINUING BENCH TRIAL |
| vs. ) | |
| GERMAN LOPEZ, ) | |
| Defendant. ) | |

 Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

 IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for October 26, 2016, at the hour of 9:00 a.m., be vacated and continued to December 14, 2016, at the hour of 9:00 a.m., in courtroom 3B.

 DATED this 24th day of October, 2016

 _____
 UNITED STATES MAGISTRATE JUDGE